IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00508-RPM

KENNETH W. LETT,

        Plaintiff,

v.

TIAA-CREF,

        Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M. Virginia Wentz
    Secretary


     Defendant's motion for cease and desist order, filed on June 7, 2005, and Plaintiff's motion for notice to similarly situated persons, filed on June 8, 2005, are set for hearing commencing at **10:00 a.m. on July 8, 2005,** in Courtroom A, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.


Dated:  June 30, 2005