IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00508-RPM
(Consolidated with Civil Action No. 05-cv-00509-RPM)

KENNETH W. LETT,

        Plaintiff,

v.

TIAA-CREF,

        Defendant.
_____

ORDER DENYING MOTION TO COMPEL AND ORDER FOR STATUS REPORT
_____

On February 10, 2006, the plaintiff filed a motion to compel responses to discovery. The defendant responded on March 2, 2006, and the plaintiff replied on March 3, 2006. The plaintiff is mistaken with respect to this Court's action on the Motion for Preliminary Certification of Collective Action. The discovery in this matter will be addressed at a scheduling conference to be convened after responses to the notice of collective action lawsuit limited to the Denver, Colorado Call Center and this Court's subsequent ruling with respect to the extent of any collective action. Accordingly, the motion to compel is premature. A notice was filed with the Clerk of this court as Document 46 on March 1, 2006, but it is not clear as to whether that has been agreed upon and what the schedule for mailing is. Upon the foregoing, it is

        ORDERED that the motion to compel is denied and it is

        FURTHER ORDERED that the parties shall submit a status report to the Court

with respect to the form of notice and mailing of notice on or before March 20, 1006.

    DATED: March 13, 2006

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge