# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   05 CV 508 RPM

KENNETH W. LETT,

    Plaintiff,

v.

TIAA-CREF,

Defendant

_____

## ORDER FOR JOINDER OF ADDITIONAL PLAINTIFFS

_____

This matter comes before the court upon the unopposed motion of the Plaintiff to join opt-in parties in the FLSA collective action claim as named plaintiffs. The motion is granted. The opt-in parties, Shaun Hilbig, Thomas Ziegler, Mark Gonya, Shannon Zaun, Thelma Lyles, and James Gerrity are hereby joined as plaintiffs in this action. The FLSA claim shall proceed as to these individual plaintiffs, and not as a collective action.

    DATED: September 22nd, 2006

                              **By the Court**

                              **s/Richard P. Matsch**

                              _____

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading was served upon counsel listed below via ECF on _____.

    Gregg McReynolds LLC
    7900 East Union Avenue, Suite 1100
    Denver CO 80237

    Attorney for Plaintiff


    David D. Powell, Jr.
    Brownstein, Hyatt & Farber, P.C.
    410 17th Street, 22nd Floor
    Denver, Colorado 80202


    Edward W. Bergmann
    Seyfarth Shaw LLP
    55 East Monroe St. Suite 4200
    Chicago Il 60603

    ATTORNEYS FOR DEFENDANT
    TIAA-CREF


_____