**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                September 21, 2006
Courtroom Deputy:    J. Chris Smith
ECR Technician:      Kathy Terasaki

_____

Civil Action No. 05-cv-00508-RPM   (Consolidated with Civil Action No. 05-D-00509-WYD)

KENNETH W. LETT,                                          Gregg McReynolds

    Plaintiff,

v.

TIAA-CREF,                                                Edward Bergmann
                                                          David Powell, Jr.

    Defendant.
_____

**COURTROOM MINUTES**
_____

**Status Conference**

**3:20 p.m.     Court in session.**

Mr. Bergmann informs the Court regarding completion and receipt of the narrative report from the Department of Labor.

Counsel state six individuals filed consent forms, representing both advance and lead / expert classifications, the expiration time has expired, three individuals are still employed, three are no longer employed and one was terminated based on separate issues.
Counsel agree that the six new individuals that filed consent forms will be joined and named as plaintiffs.
**Court instructs counsel to file a written stipulation naming new plaintiffs.**

Discussion regarding discovery and facts regarding Mr. and Mrs. Lett's medical disabilities.
**Court states discovery shall include plaintiff's FMLA claim.**

**ORDERED:   Counsel have 20 days to revise and submit a proposed scheduling order.
            Plaintiff Lett's Motion for Order Setting Discovery Schedule, filed
            September 18, 2006 [56], is moot.**

**3:45 p.m.     Court in recess.**

Hearing concluded.  Total time in court: 25 min.