# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   05 CV 508 RPM

KENNETH W. LETT, et al.

    Plaintiff,

v.

TIAA-CREF,

Defendant

---

## DISCOVERY PLAN ORDER

---

This matter having come before the court upon the stipulated discovery plan of the parties, and the court having been advised in the premises, hereby enters this order for discovery in this matter as follows.

    Discovery cutoff: Discovery will be completed in this matter by March 1, 2007.

    Dispositive Motion Deadline:    April 20, 2007.

    Anticipated fields of Expert testimony: Plaintiff anticipates the possible use of a damages expert, and a mental health care provider.  Defendant may use rebuttal experts, if necessary.

Limitations proposed on the number of expert witnesses: Two per side.

The Plaintiff shall designate any experts it expects to use and provide opposing counsel with all information specified in rule 26(a) (2) by December 4, 2006.

The Defendant shall designate any rebuttal experts, it expects to use and provide opposing counsel with all information under rule 26 (a) (2) by January 3, 2007.

Interrogatories, requests for production of documents, and requests for admissions shall be served at any time prior to January 3, 2007.

Interrogatories, requests for production of documents, and requests for admissions shall be 25 per side.

Each party shall be limited to ten depositions which limitation shall not include depositions by Defendant of the six additional Plaintiffs.

Defendant may reopen Plaintiff's deposition if necessary during the discovery period, and will notify Plaintiff in advance of the topics to be covered and the length of time anticipated for the deposition.

DATED: October 10th, 2006

>By the Court:
>
>s/Richard P. Matsch
>_____
>Judge Richard P. Matsch
>United States District Court Judge